| Date | Pleading Number | |
|---|---|---|
| 3/6/74 | 1. | MOTION -- Hart & Cooley Mfg. Co., General Products Co., Inc., American Metal Products Corp., Dura Vent Corp., and Metal-Fab, Inc. -- to transfer one case from C.D. California to combine with three cases in N.D. California. With supporting brief, certificate of service and complaints in all cases as exhibits. REQUESTED TRANSFEREE FORUM: N.D. California |
| 3/21/74 | 2 | AMERICAN HOUSING GUILD response to motion w/cert. of service |
| 3/22/74 | 3 | BALMAC INC. response to motion w/cert. of service |
| 3/25/74 | 4 | UNIVERSITY MECHANICAL, ENGINEERING CONTRACTORS, INC., GLEN SHIPMAN AND PACIFIC BEACH PLUMBING, INC., response to motion w/cert. of service |
| 4/1/74 | 5 | DURA VENT CORP. additional reply to responses filed |
| 4/1/74 | 6 | HART & COOLEY MFG. CO., GENERAL PRODUCTS CO., INC. AMERICAN METAL PRODUCTS CORP., DURA VENT CORP. METAL FAB, INC. reply to responses filed. |
| 4/1/74 | | HEARING ORDER setting A-1 through A-4 for hearing on April 26, 1974 in Washington, D. C. |
| 4/12/74 | 7 | Movant's supplemental motion to add additional action. Edwards Supply Co. v. American Metal Products, C.D. Cal., CV74-748-R |
| 4/19/74 | | HEARING ORDER Amendment to include A-5. Notified service counsel and new counsel |
| 4/19/74 | 8 | AMERICAN HOUSING GUILD supplemental response to motion w/cert. of service |
| 4/22/74 | 9 | EDWARDS SUPPLY CO. responsive brief w/cert. of service |
| 7/31/74 | | CONSENT OF CHIEF JUDGE CARTER (N.D.CALIF.) for Judge Wm. Matthew Byrne to sit in the N.D.Calif. to handle litigation |
| 7/31/74 | | OPINION AND ORDER transferring actions to the N.D. Calif. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 and designating Judge Wm. Matthew Byrne from the C.D. Calif to sit in the N.D. Calif. to handle litigation |
| 11/12/74 | | AMERICAN HOUSING GUILD V. WALLACE MURRAY CORP., ET AL. C.D.CAL, 74-2974-F CTO entered today. Notified counsel, involved judges |
| 12/2/74 | | AMERICAN HOUSING GUILD V. WALLACE MURRAY CORP., ET AL., C.D.CAL, 74-2974-F CTO final today. Notified clerk, involved judges. |
| 1/23/75 | | KIT MFG. CO. V. AMERICAN METAL PRODUCTS CORP., ET AL., C.D. Ca., CV-75-38 CTO entered today. Notified counsel & tr'r judge. (12 counsel) |
| 2/10/75 | | KIT MFG CO. V. AMERICAN METAL PRODUCTS., C.D.CA., CV-75-38 CTO final today. Notified transferee clerk, judge involved clerk |
| 4/1/75 | | CONTROL'D ENG. SUPPLY V. WALLACE MURRAY CORP., N.D.ILL, 75C823 CTO filed today. Notified counsel, involved judges |
| 4/16/75 | | CONMTROL D ENG. SUPPLY V. WALLACE MURRAY CORP., ND ILL 75C823 CTO final today. Notified clerks, involved judges. |

## Description of Litigation

### IN RE GAS VENT PIPE ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): 4/26/74

Date(s) of Opinion(s) or Order(s): 7/31/74

Consolidation Ordered: ✓    Name of Transferee Judge: Wm Matthew Byrne (by designation) (C.A.C)

Consolidation Denied: ___   Transferee District: N.D. Calif

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | American Housing Guild, et al. v. American Metal Products Corp., et al. | C.D.Cal. WMB WMB | C-73-2445 WMB | WMB 7/31/74 | 74-1683 | | 8/8 Defs. Mot. 3/6/74 |
| A-2 | University Mechanical & Engineering Contractors, Inc., et al. v. American Metal Products Corp., et al. | N.D.Cal. SAW | C-71-949-SAW | | | | " " |
| A-3 | Balmac, Inc. v. American Metal Products Corp., et al. | N.D.Cal. SAW | C-71-950-SAW | | | | " " |
| A-4 | Control'd Climate Distributors, Inc. v. American Metal Products Corp., et al. (*) | N.D.Cal. | C-74-221-SAW | | | | " " |
| A-5 | Edwards Supply Co. v. American Metal Products | C.D.Cal | CV-74-748-R | 7/31/74 | 74-1682 | | 8/8 Amend Mot. 4/12/74 |

(*) Originally filed in the N.D. Illinois - 11/5/73, No. 73C 2822. Trans'd on 1/4/74 to N.D.Cal. under §1404(a).

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Heieck Supply, et al. v. American Metal Products Corp., et al | N.D. Cal | 74-1696 | | | | |
| XYZ-2 | Hayman Homes, Inc., et al. v. American Metal Products Corp., et al. | N.D.Cal | 74-1695 | | | | |
| B-1 | American Housing Guild, V. Wallace-Murray Corp., et al. 11/13/74 | C.D. Cal | 74-2974-F | 12/2/74 | 74-2691 | | 2/1 |
| XYZ-3 | Slakey-Avex, Inc., etc., et al. v. American Metal Products Corp. | N.D.Cal | C-74-2484 | | | | |
| XYZ-4 | Hyman Homes, Inc., et al v. American Metal Products Corp., et al. | N.D. Cal | C75-213-WMB | | | | |
| B-2 | Kit Manufacturing Co. v. American Metal Products Corp., et al. 1/23/75 | C. D. Cal Byrne | CV75-38 | 2/10/75 | 75-0373 | | |
| B-3 | Control'D Engineering Supply Co., Inc., etc. v. Wallace-Murray Corp., etc., 4/1/75 | N.D.Ill Parsons | 75C823 | 4/15/75 | 75-0930 | | |
| XYZ-5 | James H. Robinson Co. v. American Metal Products Corp., et al. | N.D.CAL | 75=1202-AJZ | | | | |
| XYZ-6 | Welch Heating Co., Inc., et al. v. American Metal Products Corp., et al. | N.D.CAL | 75-1192 | | | | |

*Typed correct July 1976* 5/ 2B/ 7 XYZ / 14 Pending

*All cases closed per Clerk's Office - July 1977*

p. 1

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 171 -- IN RE GAS VENT PIPE ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| AMERICAN HOUSING GUILD, ET AL. (A-1)<br>Elwood S. Kendrick, Esquire<br>Suite 1200, 612 S. Flower St.<br>Los Angeles, California  90017 | HART & COOLEY MFG. CO.<br>Edward H. Hatton, Esquire<br>Jenner & Block<br>One IBM Plaza<br>Chicago, Illinois  60611 |
| UNIVERSITY MECHANICAL & ENGINEERING CONTRACTORS, INC., ET AL. (A-2)<br>Stephen P. Oggel, Esquire<br>Sullivan, Jones & Archer<br>1400 Security Pacific Plaza<br>1200 Third Avenue<br>San Diego, California  92101 | GENERAL PRODUCTS CO., INC.<br>Charles A. Legge, Esquire<br>Bronson, Bronson & McKinnon<br>Bank of America Center<br>555 California Street<br>San Francisco, California  94104 |
| BALMAC, INC. (A-3)<br>Paul B. Wells, Esquire<br>Procopio, Cory, Hargreaves & Savitch<br>19th Flr., Southern California First<br>  National Bank Building<br>San Diego, California  92101 | AMERICAN METAL PRODUCTS CORP.<br>Jack D. Most, Esquire<br>Most, Bertram & Sykulski<br>6505 Wilshire Blvd.<br>Los Angeles, California  90048 |
| CONTROL'D CLIMATE DISTRIBUTORS, INC. (A-4)<br>James E. Beckley, Esquire<br>Roan & Grossman<br>120 S. LaSalle St., Ste. 1640<br>Chicago, Illinois  60603 | DURA VENT CORP. (formerly known as DUKOR INDUSTRIES, INC.)<br>Richard Harrington, Esquire<br>Athearn, Chandler & Hoffman<br>593 Market Street<br>San Francisco, California 94105 |
| EDWARDS SUPPLY COMPANY (A-5)<br>Jack Corinblit, Esquire<br>Corinblit and Shapero<br>Suite 575, Beneficial Plaza<br>3700 Wilshire Boulevard<br>Los Angeles, California  90010 | METAL-FAB, INC.<br>John N. Hauser, Esquire<br>McCitchen, Doyle, Brown & Enersen<br>601 California Street<br>San Francisco, California  94108 |
| KIT MFG. CO. (B-2)<br>   Elwood S. Kendrick, Esq. (See A-1)<br><br>CONTROL'D CLIMATE (B-3)<br>   James E. Beckley, Esq. (See A-4) | WALLACE-MURRAY CORP. (and its WILLIAM WALLACE DIV.)<br>Fred A. Freund, Esquire<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York  10022 |

(see p. 2)

| Plaintiff | Defendant |
|---|---|
|  | THOR METAL PRODUCTS<br>N. Earle Evans, Jr., Esquire<br>Bond, Schoeneck & King<br>One Lincoln Center<br>Syracuse, New York   13202 |
|  |  |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 171 -- IN RE GAS VENT PIPE ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| American Metal Products Corp. | A-1; A-2; A-3; A-2 *A-5* *B-2* |
| Dura Vent Corp. | A-1; ~~A-~~ A-4 *A-5* *B-2* |
| Hart & Cooley Mfg. Co. | A-1; A-2; A-3; A-4 *A-5* *B-2* |
| General Products Co., Inc. | A-1; A-2; A-3; A-4 *A-5* *B-2* |
| Metal-Fab, Inc. | A-1; A-2; A-3; A-4 *A-5* *B-2* |
| Dukor Industries, Inc. | A-2; A-3; A-4 |
| Allied Thermal Corp. | A-2; A-3; |
| Thor Metal Products Co. | A-2; A-3 *B-1* |
| Wallace-Murray Corp. | A-2; A-3; *B-1* *B-2* *B-3* |
| William Wallace Div. | A-2; A-3 *B-1* *B-2* |

p. _____

| | |
|---|---|
| Amerivent Div. (Am'n Metal Prod.) | A-2; A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |